UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH ZALESKY, | ) | CASE NO. : 5:18 CV 354 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| PNC FINANCIAL SERVICES GROUP, | ) | |
| D/B/A/ PNC BANK | ) | |
| | ) | |
| Defendant. | ) | |

Counsel has notified the Court that the above captioned case may be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the parties have filed a Joint Stipulation of Dismissal. (ECF #21). Therefore, this case is dismissed with prejudice, each party to bear its own costs and fees.

IT IS SO ORDERED.

/s/ Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATED: June 20, 2019